**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**KB FOODS, LLC**                                                                                    **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 2:17-CV-81-KS-MTP**

**TED CANNON, JR., et al.**                                                                   **DEFENDANTS**

## ORDER

Plaintiff has filed multiple documents [8][10][11] concerning the removal of this case to this Court and a possible remand to state court, but no motion to remand has actually been filed challenging the removal of this action. Plaintiff is advised that under 28 U.S.C. § 1447(c), the proper procedure for requesting remand to the state court is to file a motion to remand within 30 days of the filing of the notice of removal. Unless and until such motion is received by the Court, no remand will be considered.

SO ORDERED AND ADJUDGED, on this, the ___13th___ day of June, 2017.

                                                                   __s/ Keith Starrett_____
                                                                   KEITH STARRETT
                                                                   UNITED STATES DISTRICT JUDGE