**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**KB FOODS, LLC**                                                             **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO. 2:17-CV-81-KS-MTP**

**TED CANNON, JR., et al.**                                         **DEFENDANTS**

## ORDER

On June 13, 2017, Plaintiff KB Foods, LLC ("Movant") filed its Motion to Remand to State Court [14]. Defendants ("Respondents") have until on or before **June 27, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **July 5, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __15th__ day of June, 2017.

                                                                       _s/Keith Starrett_____
                                                                       KEITH STARRETT
                                                                       UNITED STATES DISTRICT JUDGE